## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

KEITH FARROW

          Plaintiff,

v.

JILLISA ASHLEY

          Defendant.

Case Number: 26-3978

JULY 2, 2026

## COMPLAINT

**PARTIES:**

1.     At all times relevant herein, the Plaintiff, Keith Farrow, was a resident of the City of Bridgeport, Connecticut.

2.     At all times relevant herein, the Defendant, Jillisa Ashley was a resident of Beacon, New York.

**DIVERSITY JURISDICTION:**

3.     Diversity jurisdiction pursuant to 28 U.S.C. §1332 exists because all parties are diverse and the amount in controversy is over $75,000.

**VENUE:**

4.     Venue is properly within this court pursuant to 28 U.S.C. §1391 as Defendant is a natural person who resided in Beacon, New York and the incident at issue occurred in Queens, NY.

## FACTS:

5.    On or about July 11, 2024, the Plaintiff, Keith Farrow, was operating a motor vehicle at John F. Kennedy International Airport and heading towards the terminal on Federal Circle in Queens, NY.

6.    At that time and place, Defendant, Jillisa Ashley was operating her motor vehicle at John F. Kennedy Internal Airport heading towards the terminal.

7.    At that time and place, suddenly and without warning, Defendant, Jillisa Ashley crashed her vehicle into the driver's side of Plaintiff, Keith Farrow's motor vehicle.

8.    The sudden and unexpected collision caused Plaintiff, Keith Farrow, to suffer serious injuries and/or exacerbation of injuries.

9.    As a result of the collision, the Plaintiff, Keith Farrow, was forced to suffer the following painful, serious and severe injuries and aggravations of pre-existing injuries, some or all of which may be permanent in nature:

   a. L4-5 herniation with annular tear and nerve root impingement;

   b. Midback strain/sprain;

   c. Lower back pain;

   d. Radiating pain into lower extremity;

   e. Lower extremity weakness;

   f. Lumbar radiculopathy; and

   g. Pain and suffering.

10.     As a further result of the foregoing collision, the Plaintiff, Keith Farrow, has incurred and will incur significant expenses for the doctors, hospitals and other medical care, plus medication necessary to his recovery, all to his financial loss.

11.     As a further result of the foregoing collision, the Plaintiff, Keith Farrow, has and will be forced to suffer a loss of enjoyment of life's activities.

12.     The Plaintiff's injuries and losses were caused by the negligence and carelessness of Defendant, Jillisa Ashley, in one or more of the following respects:

a.  She was using a mobile electronic device while operating a motor vehicle in violation of Title 7, Article 33, 1225-C;

b.  She failed to keep her vehicle within a single lane until it could be safely moved therefrom in violation of Title 7, Article 25, 1128;

c.  She failed to properly signal her intention to change lanes in violation of Article 28, 1160 et seq;

d.  She was traveling at an unreasonable rate of speed given the circumstances in violation of Title 7, Article 30, 1180;

e.  She drove her vehicle in excess of the posted speed limit in violation of Title 7, Article 30, 1180-a;

f.  She was using a mobile electronic device while operating a motor vehicle in violation of The Port Authority of New York and New Jersey: Airport Rules and Regulations VI.B.6;

g.  She was negligent and careless in the operation of her motor vehicle in violation of The Port Authority of New York and New Jersey: Airport Rules and Regulations VI.B.6;

h.  She failed to keep her vehicle within a single lane until it could be safely moved therefrom in violation of The Port Authority of New York and New Jersey: Airport Rules and Regulations VI.B.6;

i.  She drove in excess of the posted speed limit in violation of The Port Authority of New York and New Jersey: Airport Rules and Regulations VI.B.14;

j.  She failed to keep her vehicle under control; and

3

k.  She moved her vehicle from her lane when it could not be done safely.

**PRAYER FOR RELIEF:**

Wherefore Plaintiff prays this Honorable Court will grant the following relief:

1.  Compensatory Damages; and

2.  Interests and Costs.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on *all issues triable of right by a jury*.

PLAINTIFF, KEITH FARROW

By:_____
    Kyle D. Souza

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., 7th Floor
Bridgeport, CT 06604
Tel:  (203) 333-9441
Fax:  (203) 333-1489
Email:  ksouza@znclaw.com

His Attorneys

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

KEITH FARROW

      Plaintiff,

v.

JILLISA ASHLEY

      Defendant.

Case Number: 26-3978

JULY 2, 2026

## STATEMENT OF AMOUNT IN DEMAND

Plaintiff hereby respectfully claims damages that are greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000), exclusive of interest and costs.

PLAINTIFF, KEITH FARROW

By:_____
    Kyle D. Souza

      Zeldes, Needle & Cooper, P.C.
      1000 Lafayette Blvd., 7th Floor
      Bridgeport, CT 06604
      Tel: (203) 333-9441
      Fax: (203) 333-1489
      Email: ksouza@znclaw.com

His Attorney